UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LADELL K. BURRUS, individually and on )
behalf of others similarly situated, )
 )
Plaintiff, )
 ) FLSA COLLECTIVE ACTION
v. ) COMPLAINT UNDER
 ) 29 U.S.C. § 216(b)
CHINSKY RESTAURANT GROUP, INC., )
d/b/a PENN STATION EAST COAST SUBS, ) CASE NO. 1:19-cv-00999-TAB-RLY
 )
Defendant.

**ORDER GRANTING JOINT STIPULATION AND
DISMISSING LAWSUIT WITH PREJUDICE**

This matter is before the Court on the parties' Joint Stipulation of Dismissal. The parties,

by their respective counsel, filed a stipulation dismissing all claims. The stipulation is signed by

all parties who have appeared, and the stipulation states that the dismissal is with prejudice.

As the stipulation meets the requirements of Fed. R. Civ. P. 41, the case is DISMISSED

WITH PREJUDICE, the parties to pay their respective costs and fees without reimbursement.

SO ORDERED.
Date: 2/21/2020

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to:

All counsel of record via email generated by the Court's ECF System